Lorenzo LAWSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 40781.

Missouri Court of Appeals, Western District.

April 25, 1989.

Elizabeth Clarke, Columbia, for appellant.

**674**

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and CLARK and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief after an evidentiary hearing.

Affirmed. Rule 84.16(b).